No. 597. SQUIER *v.* HOUGHTON ET AL. February 4, 1935. Petition for writ of certiorari to the Supreme Court of New York denied. *Mr. Frank Hendrick* for petitioner. *Messrs. Henry M. Wise* and *Gordon Knox Bell* for respondents.

No. 614. UNITED STATES EX REL. COLONIAL BRICK CORP. *v.* FEDERAL SURETY CO. ET AL. February 4, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Leonard J. Ganse* and *Louis M. Denit* for petitioner. *Messrs. Walter L. Clark, Edmond M. Cook,* and *Roszel C. Thomsen* for respondents.

No. 615. UNITED STATES EX REL. COLONIAL BRICK CORP. ET AL. *v.* FEDERAL SURETY CO. ET AL. February 4, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Leonard J. Ganse* and *Louis M. Denit* for petitioners. *Messrs. Walter L. Clark, Edmond M. Cook,* and *Roszel C. Thomsen* for respondents.

No. 599. MINNESOTA MINING & MANUFACTURING Co. *v.* GUTH. February 4, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Whitman Taylor* for petitioner. *Mr. Francis E. McGovern* for respondent.

No. 613. NORWICH UNION INDEMNITY Co. *v.* SIMONDS. February 4, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied.